**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC, | Case No: 25-cv-14072 |
| Plaintiff, | Hon. Charles P. Kocoras |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

**NOTICE OF MOTION**

Please take notice that on Tuesday, January 13, 2026, Defendant, 28 SoulParter (AD9NI00WY01XV), through the undersigned counsel, shall appear before the Honorable Charles P. Kocoras in Courtroom 1801 at 9:50 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's First Motion For Extension of Time to File Answer.

January 6, 2026

Respectfully submitted,

s/Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on January 6, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

    Respectfully submitted,

    <u>s/ Christopher Keleher</u>

    Christopher Keleher
    The Keleher Appellate Law Group
    1 East Erie Street
    Suite 525
    Chicago, IL 60611
    312-448-8491
    ckeleher@appellatelawgroup.com