IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEGIATE LICENSING COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FUJIAN GREATLAND GARMENTS CO., LTD., et al., <br><br> Defendants. | Case No. 25-cv-14072 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, February 24, 2026 at 9:50 a.m., Plaintiff, by its counsel, shall appear before the Honorable Charles P. Kocoras in Courtroom 1801 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of a Consent Judgment as to Defendant No. 30 and Plaintiff's Motion for Entry of Default and Default Judgment as to all remaining Defendants.

Dated this 19th day of February 2026.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*
*Collegiate Licensing Company, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

      /s/ Kahlia R. Halpern
      Amy C. Ziegler
      Justin R. Gaudio
      Kahlia R. Halpern
      Rachel S. Miller
      Greer, Burns & Crain, Ltd.
      200 West Madison Street, Suite 2100
      Chicago, Illinois 60606
      312.360.0080
      312.360.9315 (facsimile)
      aziegler@gbc.law
      jgaudio@gbc.law
      khalpern@gbc.law
      rmiller@gbc.law

      *Counsel for Plaintiff*
      *Collegiate Licensing Company, LLC*